

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA



Claim No.: C
Civil Action No.:

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| vs. | § |
| | § |
| | § |
| Rose M Prince, | § |

---

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of St. Lucie County,  Florida within the jurisdiction of this Court and may be served with service of process at 302 S 31 St , Ft Pierce, FL  34947.

### The Debt

3. The debt owed the USA is as follows:

    A. Current Principal *(after application of all prior payments, credits, and offsets)*     $2,990.44

    B. Current Capitalized Interest Balance and Accrued Interest as of  December 23, 2003     $2,093.93

| C. Administrative Fee, Costs, Penalties | $45.65 |
| D. Credits previously applied (Debtor payments, credits, and offsets) | $.00 |
| E. Attorneys fees | $500.00 |
| **Total Owed** | **$5,630.02** |

The Certificate of Indebtedness, attached as Exhibit "A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 9.130% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

**David E. Newman, P.A.**

Date: 1/13/04

By: Amy J. Winarsky
Florida Bar Number 900140
1533 Sunset Drive, Suite 225
Coral Gables, Florida 33143
Tel.305-665-9633
Facsimile 305-666-9714

## U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

Rose M Prince
3110 Seneca Ave
Fort Pierce, FL  34946-6650
SSN:  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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 02/22/99.

On or about 01/05/88, the borrower executed promissory note(s) to secure loan(s) of $3,200.00, from Bank IV, N.A., c/o Loan Origination Center, St. Paul, MN at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by United Student Aid Funds, Inc. and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 12/01/88, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $3,825.60 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 08/09/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $2,341.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $2,990.44 |
| Interest: | $774.52 |
| Administrative/Collection Costs: | $45.65 |
| Late Fees: | $0.00 |
| Total debt as of 02/22/99: | $3,810.61 |

Interest accrues on the principal shown here at the current rate of 9.13% and a daily rate of $0.75 through June 30, 1999, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: March 5, 1999

Name:
Title:  LOAN ANALYST
Branch:  LITIGATION BRANCH

HIGHER EDUCATION ASSISTANCE FOUNDATION
P.O. BOX 64107 · ST. PAUL, MN 55164

EXPRESS NOTE

*Lender completes application, mail HEAF copy only to this address*

LENDER COPY

JAN 0 8 1988

SUPPLEMENTAL LOAN FOR
STUDENTS (SLS) APPLICATION/
PROMISSORY NOTE

**SECTION A - TO BE COMPLETED BY BORROWER** (PRINT IN INK · PRESS FIRMLY - OR TYPE)

1. NAME (LAST, FIRST, MI, NAMES): **Prince** **Rose** **M**
2. SOCIAL SECURITY NUMBER: 267 83 7483
3. DATE OF BIRTH: 02 21 67
4. PERMANENT ADDRESS: **1913 Ave. P**
5. PERMANENT HOME PHONE: ( 305 ) 461-6162

CITY: **Ft. Pierce,** STATE: **FL** ZIP: **34950**

6. US CITIZENSHIP STATUS (CHECK ONE): [X] US CITIZEN OR NATIONAL  [ ] PERMANENT RESIDENT OR OTHER ELIGIBLE ALIEN
ALIEN ID NUMBER IF APPLICABLE:
7. PERMANENT RESIDENT OF WHICH STATE: **Fl**
8a. DRIVER'S LICENSE NUMBER (IF YOU HAVE ONE, HAVE A LICENSE PRINT, NOTE AND GO TO 9): **NONE**
8b. STATE IN WHICH ISSUED:

9. ADDRESS WHILE IN SCHOOL (STREET, CITY, STATE, ZIP): **1913 Ave. P** **Ft. Pierce, FL 34950**

10. PHONE AT SCHOOL ADDRESS: ( 305 ) 461-6162
11. MAJOR COURSE OF STUDY, SEE INSTRUCTIONS IN APP BOOKLET: **5**
12. LOAN AMOUNT REQUESTED: $ 3200 00
13. PERIOD LOAN WILL COVER: 01 88 09 88

**PRIOR LOAN INFORMATION**

14a. DO YOU HAVE ANY PRIOR UNPAID SLS (ALAS) OR PLUS LOANS? [ ] YES (GO TO 14b) [X] NO (GO TO 18a)
14b. IF YES, TOTAL UNPAID PRINCIPAL BALANCE $
15. UNPAID PRINCIPAL BALANCE OF MOST RECENT SLS (ALAS) $
16. GRADE LEVEL OF MOST RECENT SLS (ALAS) SEE INSTRUCTIONS IN APP BOOKLET
17. LOAN PERIOD START DATE OF MOST RECENT SLS (ALAS)

18a. DO YOU HAVE ANY PRIOR UNPAID GSL LOANS? [ ] YES (GO TO 18b) [X] NO (GO TO 19a)
18b. IF YES, TOTAL UNPAID PRINCIPAL BALANCE $
19a. DO YOU HAVE ANY PRIOR PLUS LOANS IF YOU BORROWED AS A PARENT [ ] YES (GO TO 19b) UNDER THE PLUS LOAN PROGRAM? [X] NO (GO TO 20)
19b. IF YES, TOTAL UNPAID PRINCIPAL BAL BALANCE OF PLUS LOANS $
20. HAVE YOU EVER DEFAULTED ON A GSL, SLS (ALAS), PLUS, PERKINS, CONSOLIDATED OR INCOME CONTINGENT LOAN? [ ] YES (GIVE DETAILS ON SEPARATE SHEET ) [X] NO

**REFERENCES** (YOU MUST PROVIDE THREE DIFFERENT NAMES, WITH DIFFERENT US ADDRESSES AND PHONE NUMBERS)

21a. NAME: **Michelle Thompson** STREET: **2102 Ave. P** CITY STATE ZIP: **Ft. Pierce, FL 33450** PHONE ( 305 ) **NONE**
21b. NAME: **Gladys Motts** STREET: **2202 Ave. Q** CITY STATE ZIP: **Ft. Pierce, FL 33450** PHONE ( 305 ) 461-6162
21c. NAME: **Craig Zackery** STREET: **426 N. 26th St.** CITY STATE ZIP: **Ft. Pierce, FL 33450** PHONE ( 305 ) 465-8239

22. IF YOU QUALIFY FOR A DEFERMENT, DO YOU WISH TO DEFER PRINCIPAL PAYMENTS WHILE IN SCHOOL? (IF YES, GO TO 23 IF NO, GO TO 24a) [X] YES [ ] NO
23. YOUR LENDER MAY ALLOW THE INTEREST TO ACCRUE AND CAPITALIZE IT DURING THE DEFERMENT OR YOUR LENDER MAY COLLECT THE INTEREST FROM YOU IN PERIODIC INSTALLMENTS. IF YOUR LENDER GIVES YOU A CHOICE, WHICH DO YOU PREFER? [X] ACCRUE, CAPITALIZE [ ] PERIODIC INSTALLMENT PAYMENTS

NOTICE TO BORROWER: You must read the additional Promissory Note terms and the Borrower's Certification on the reverse side before signing this Promissory Note. PROMISE TO PAY: I promise to pay to the order of my lender the entire Loan Amount Requested shown above, to the extent that it is advanced to me, including the Guarantee Fee and interest on the unpaid principal balance, subject to the terms and conditions described on the reverse side of this Promissory Note and to the terms and conditions contained in the Disclosure Statement that will be provided to me no later than the time of the first disbursement of this loan. I have read, I understand and I agree to the Borrower's Certification on the reverse side of this Promissory Note. I understand that this is a Promissory Note. I will not sign it before reading all of its provisions, even if otherwise advised. I am entitled to a copy of this Promissory Note. By signing this Promissory Note I acknowledge that I have received an exact copy of it.

24a. SIGNATURE OF BORROWER (APPLICATION CANNOT BE PROCESSED WITHOUT SIGNATURE) X *Rose Prince*
24b. DATE BORROWER SIGNED: 1 5 88

**SECTION B - TO BE COMPLETED BY SCHOOL**

25. NAME OF SCHOOL: **Webster College**
27. PHONE: ( 305 ) 464-7474
28. SCHOOL CODE: 008501

26. ADDRESS (STREET, CITY, STATE, ZIP): **2192 N US # 1 Ft. Pierce, FL 34946**
29.

31. PERIOD LOAN WILL COVER (FROM MO): 01 04 88 (TO MO): 09 22 88
32. STUDENT'S GRADE LEVEL (CHECK ONE): CORRESP [ ] UNDERGRAD [1][2][3][4][5] GRAD [6][7][8][9][10]
33. ANTICIPATED GRADUATION DATE: 09 22 88

34. WILL THE BORROWER BE ENROLLED FULL-TIME DURING THE LOAN PERIOD? [X] YES UNTIL (DATE) 09 22 88
35. STUDENT STATUS: [ ] DEPENDENT [X] INDEPENDENT
36. COST OF ATTENDANCE FOR LOAN PERIOD $ 12,250
37. ESTIMATED FINANCIAL AID FOR LOAN PERIOD $ 2,100
38. DIFFERENCE (ITEM 36 LESS ITEM 37) OR PLUS MAXIMUM $ 10,150

39. SUGGESTED DISBURSEMENT DATE: 01 04 88
40. WILL THE STUDENT ATTEND A FOREIGN SCHOOL? [ ] YES [X] NO
41. SCHOOL USE ONLY: **CNA-certificate**

I HAVE READ, I UNDERSTAND, AND I AGREE TO THE TERMS OF THE SCHOOL CERTIFICATION PRINTED ON THE REVERSE SIDE OF THIS APPLICATION
42a. SIGNATURE OF SCHOOL OFFICIAL X *C. Chaluisan*
42b. DATE SIGNED: 01 05 88
42c. PRINT NAME AND TITLE: **Cynthia Chaluisan FAO**

**SECTION C - TO BE COMPLETED BY LENDER**

43. NAME OF LENDER: **Bank IV, N.A.N., c/o Loan Origination Center**
45. LENDER CODE: 804647
46. BRANCH CODE:

44. ADDRESS (STREET, BUILDING): **P.O. Box 64788 (612) 291-8560**
47.
48.

CITY, STATE, ZIP: **St. Paul, MN 55164-0788**
49. TOTAL LOAN AMOUNT APPROVED $ 00
50. DISBURSEMENT DATE

51. NUMBER OF MONTHLY INSTALLMENTS
52. DUE DATE OF FIRST PAYMENT MO DAY YR
53. LENDER ACCOUNT NUMBER
54. LENDER ID (ONLY)

55A. SIGNATURE OF LENDING OFFICIAL X
55B. DATE SIGNED
55C. PRINT NAME AND TITLE

**SECTION D - TO BE COMPLETED BY HEAF**
56. HEAF USE ONLY: P
57.

PRINCE,ROSE,M
CLAIM NO 1993C9C498C07 C8-09-93
SSN 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 ID 1

F40-61 4 87
SLS-353

**H.E.A.F.**

JAN 0 8 1988

**Approved #11**

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**

UNITED STATES OF AMERICA

**DEFENDANTS**

04-14013

ROSE M. PRINCE

ST. LUCIE

CIV-MOORE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

Ft. Pierce 04CV14013kmmLynch

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

MAGISTRATE JUDGE
LYNCH

**(c)** ATTORNEYS  DAVID E. NEWMAN, P.A. 305-665-9633
1533 Sunset Drive, #225
Coral Gables, FL 33143

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:  DADE,  MONROE,  BROWARD,  PALM BEACH,  MARTIN, (ST. LUCIE),  INDIAN RIVER

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☒ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☒ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | A OR B |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

RECOVERY OF FUNDS EXPENDED BY PLAINTIFF AS GUARANTOR OF A DEFAULTED FEDERALLY INSURED STUDENT LOAN.  CFR 682.100(4)(d)

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER FRCP 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND:  ☐ YES  ☒ NO

## VIII. RELATED CASE(S) (See instructions) IF ANY

JUDGE _____   DOCKET NUMBER _____

DATE  1/13/04

SIGNATURE OF ATTORNEY OF RECORD
Amy J. Winarsky (F.B.N. 900140)

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____